HEATHER C. YAKELY, WSBA# 28848
Evans, Craven & Lackie, PS
818 W. Riverside Ave., Suite 250
Spokane, Washington 99201
Telephone: (509) 455-5200
hyakely@ecl-law.com
Attorney for Defendants

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILLESPIE, KEITH,<br><br>Plaintiffs,<br><br>vs.<br><br>SPOKANE COUNTY, CITY OF SPOKANE VALLEY, SAMUEL TURNER, VINCENT MCKENZIE and DOES 1-10.,<br><br>Defendant. | Cause No. 2:25-cv-00238- MKD<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND** |

In answer to the Plaintiff's Complaint For Damages, the Defendants admit, deny and allege as follows:

I. <u>IDENTIFICATION OF THE PARTIES</u>

1. Defendants are without sufficient information to admit or deny and therefore deny the same.

2. Admit that Spokane County is a municipal corporation under the laws of the State of Washington. Deny the remainder of the factual allegations.

3. Admit that City of Spokane Valley is a municipal corporation under the laws of the State of Washington. Deny the remainder of the factual allegations.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND - page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

4. Admit

5. Admit.

6. Defendants are without sufficient information to admit or deny and therefore deny the same.

## II. JURISDICTION AND VENUE

7. Admit      .

8. Deny.

9. Admit.

10. Admit.

11. Admit.

## III. NOTIC OF CLAIM

12. Admit.

13. Admit.

14. Admit.

15. Admit.

## IV. BACKGROUND FACTS

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit that Plaintiff stated he was going to use his phone without sufficient information to admit or deny the remainder and therefore deny the same.

21. Admit Plaintiff was asked to exit his vehicle, deny to the extent that "at this time" is unclear and Defendants are without sufficient information to admit or deny the remainder of the paragraph and therefore deny the same.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

22. Admit that Plaintiff made these statements more than one time but deny to the extent that Plaintiff is putting the statements into any chronological order in the complaint.

23. Admit that Plaintiff did not exit the vehicle when requested to do so. Admit that the door was opened by Defendant Turner after Defendant McKenzie was unable to do so. Deny any other factual allegations.

24. Admit that Plaintiff was removed from the vehicle and placed on the ground. Deny as to any further factual allegations.

25. Admit that Plaintiff stated he had an aneurism. Deny any further factual allegations.

26. Admit to the extent that Turner and McKenzie both had to engage to place Plaintiff in handcuffs. Deny as to any further factual allegations.

27. Admit to the extent that Turner and McKenzie both had to engage with Plaintiff to place Plaintiff in handcuffs. Deny as to any further factual allegations.

28. Admit to the extent that Turner and McKenzie both had to engage with Plaintiff to place Plaintiff in handcuffs. Deny as to any further factual allegations.

29. Without sufficient information to admit or deny Plaintiff's efforts at complying. Deny as to any further factual allegations.

30. Deny.

31. Deny.

## V. CAUSES OF ACTION

1. STATE LAW CLAIMS

A. Negligence/Tortious Conduct

32. Defendants admit or deny as set forth above.

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

33. No answer is required as this paragraph sets forth legal conclusions. To the extent any factual allegations are set forth in (a) – (b) defendants deny the same.

34. Deny.

35. Deny.

36. Deny.

37. Defendants are without sufficient information to admit or deny and therefore deny the same.

B. <u>Assault & Battery</u>

38. Defendants admit or deny as set forth above.

39. Deny.

40. Deny.

41. No answer is required as this paragraph sets forth legal conclusions. To the extent any factual allegations are set forth, Defendants deny the same.

42. No answer is required as this paragraph sets forth legal conclusions. To the extent any factual allegations are set forth in (a) – (b) defendants deny the same.

C. <u>Infliction of Emotional Distress</u>

43. Defendants admit or deny as set forth above.

44. Deny.

45. Defendants are without sufficient information to admit or deny and therefore deny the same.

D. <u>Vicarious Liability</u>

46. Defendants admit or deny as set forth above.

47. This paragraph calls for a legal conclusion and no answer is required. To the extent that any factual allegations are set forth, deny.

2. <u>42 USC§ Claims:</u>

A. <u>Violation of Plaintiff's Constitutional Rights Under the Fourt and Fourteenth Amendments to the United States Constitution for Excessive Force and Failure to Intercede in the Use of Excessive Force (42 USC § 1983)</u>

48. Defendants admit or deny as set forth above.

49. Deny.

50. Defendants are without sufficient information to admit or deny and therefore deny the same.

51. Deny.

## VI.  INJURIES RECEIVED

52. Defendants are without sufficient information to admit or deny and therefore deny the same.

53. Defendants are without sufficient information to admit or deny and therefore deny the same.

54. To the extent any factual allegations are set forth, deny.

## VII.  PRAYER FOR RELIEF

A. To the extent any factual allegations are set forth, deny.

B. To the extent any factual allegations are set forth, deny.

C. To the extent any factual allegations are set forth, deny.

D. To the extent any factual allegations are set forth, deny.

E. To the extent any factual allegations are set forth, deny.

## VIII.  AFFIRMATIVE DEFENSES

By Way of FURTHER ANSWER and FIRST AFFIRMATIVE DEFENSE, Defendants allege:

1. Plaintiff has failed to state a claim upon which relief can be granted.
2. Plaintiff's damages, if any, were a direct and proximate result of his own actions as defined by RCW 4.22.015.
3. Detective Turner and Officer Mckenzie are entitled to qualified immunity.
4. Plaintiff's claims are barred by the public duty doctrine.
5. That all actions of these answering Defendants, herein alleged as negligence, manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are neither tortious nor actionable.
6. Plaintiff's injuries and damages, if any, claimed by the Plaintiff herein, arise out of a condition of which Plaintiff had knowledge and to which plaintiff voluntarily subjected himself.
7. These answering Defendants at all times acted in good faith in the performance of their duties and are therefore immune from suit for the matters charged in Plaintiff's complaint.

WHEREFORE, Defendants pray that Plaintiff's complaint be dismissed with prejudice and that plaintiff takes nothing by their complaint and that Defendants be allowed its costs and reasonable attorney fees herein.

In the event this case proceeds to trial, Defendants Spokane County, City of Spokane Valley, Samuel Turner, Vincent Mckenzie, and Does 1-10, and for whom this answer is being filed demand that this case be tried to a jury.

///////

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND - page 6



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 10th day of July, 2025.

                    EVANS, CRAVEN & LACKIE, P.S.

                    By: <u> s/ Heather C. Yakely</u>
                    Heather C. Yakely, WSBA# 28848
                    Attorney for Defendants
                    Evans, Craven & Lackie, PS
                    818 W. Riverside Ave., Suite 250
                    Spokane, Washington 99201
                    Telephone: (509) 455-5200
                    hyakely@ecl-law.com



# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

        Mark J. Harris
        Willliam C. Maxey
        Email:      markh@maxeylaw.com
                       tinas@maxeylaw.com

           s/ *Heather C. Yakely*
         Heather C. Yakely, WSBA# 28848
         Attorney for Defendants
         Evans, Craven & Lackie, PS
         818 W. Riverside Ave., Suite 250
         Spokane, Washington 99201
         Telephone:   (509) 455-5200
         hyakely@ecl-law.com

